## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

RAFAEL MÁRCIO MELILLO BASTOS,

      Plaintiff,                           Case No.:  1:24-cv-09631

v.                                      Judge Matthew F. Kennelly

THE PARTNERSHIPS AND            Magistrate Judge Sheila M. Finnegan
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

      Defendants.

### NOTICE OF DISMISSAL

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the

Complaint:

| NO. | DEFENDANT |
|-----|-----------|
| 27 | SENSHUOM |
| 43 | NguyenDucFashion |
| 4 | ODOKA |
| 30 | 昆明野泉国际贸易有限公司 |
| 3 | KUGUYIBO |
| 7 | Bintangor Shop |
| 22 | VUTT |
| 39 | MAIANEY |
| 40 | TKN LLC |
| 12 | bobysaili |
| 55 | CONGCONG111 |
| 52 | ZhengJieWireless |
| 34 | ZUEXT |
| 20 | XUYIJUN1 |
| 44 | 888Sticker-Mate©™ |

| 42 | Ctctoo |
|---|---|
| 8 | Tkria-store |
| 23 | INKARTLINK |

DATED:  November 13, 2024                    Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 13, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt
